UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 08-554-DDP (JWJ) | Date | June 4, 2008 |
|---|---|---|---|
| Title | David J. Briggs v. Stephen Mayberg, Director of Dept. of Mental Health | | |

| Present: The Honorable | Jeffrey W. Johnson, United States Magistrate Judge | |
|---|---|---|
| Yesenia Caro | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **ORDER TO SHOW CAUSE**

The respondent is **ORDERED** to Show Cause, within **ten (10) days** of the date of this Order, as to why sanctions should not issue for respondent's failure to file an initial response the petition as ordered by the Court on May 8, 2008.

cc: Parties of Record

00 : 00

Initials of Preparer