# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. BRIGGS,<br><br>    Petitioner,<br><br>vs.<br><br>STEPHEN MAYBERG, Director of Department of Mental Health,<br><br>    Respondent. | Case No. EDCV 08-554 DDP (JWJ)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition for Writ of Habeas Corpus and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that a Judgment be entered granting Respondent's Motion to Dismiss and dismissing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

///

///

///

-2-

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on Petitioner.

DATED: August 18, 2009

_____
DEAN D. PREGERSON
United States District Judge