**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID J. BRIGGS,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>STEPHEN MAYBERG, Director of Department of Mental Health,<br><br>　　　　Respondent. | Case No. EDCV 08-554 DDP (JWJ)<br><br>**JUDGMENT** |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered granting Respondent's Motion to Dismiss and dismissing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

DATED: August 18, 2009

_____
DEAN D. PREGERSON
United States District Judge